**Hand-Delivered**
FILED
CHARLOTTE, NC

SEP 9 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
**Western** District of **North Carolina**
**Charlotte** Division

Ryan Zhang

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Amazon.com Services, LLC
Zurich American Insurance Co.
Sedgwick Claim Management Services INC.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **3:24-cv-813-MOC**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ryan Zhang
Street Address: 18404 Clavemorr Castle Ct.
City and County: Charlotte, Mecklenburg
State and Zip Code: North Carolina, 28277
Telephone Number: 443 830 7417
E-mail Address: renyrryanz@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Amazon.com Services, LLC
- Job or Title (if known):
- Street Address: 410 Terry Ave, North
- City and County: Seattle
- State and Zip Code: Washington 98109
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Zurich American Insurance, Co
- Job or Title (if known):
- Street Address: 1299 Zurich Way
- City and County: Schaumburg
- State and Zip Code: IL 60196
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Sedgwick Claims Management Services, INC
- Job or Title (if known):
- Street Address: 8125 Sedgwick Way
- City and County: Memphis
- State and Zip Code: TN 38125
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Ryan Zhang__, is a citizen of the State of *(name)* __North Carolina__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **Amazon.com services, LLC**, is incorporated under the laws of the State of (name) ~~North Carolina~~ **Delaware** R2, and has its principal place of business in the State of (name) **Washington**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

② Zurich American insurance Co. incorporated in MA, Principle state is IL

③ Sedgwick claims Management incorporated in IL, Principle state is TN.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$1,345,920

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Amazon.com services LLC was the employer of mine. I got work injury in a Amazon's warehouse on 09/15/2022. Zurich American Insurance, Co and Sedgwick claims Management Services, INC are the workers' injury insurance Carriers of the Amazon.com. services.

Two more pages attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The total amount claimed is $1,345,920
It consist 3 parts:
① Wage loss: $640 (weekly) × 20 years × 52 weeks = $665,600
② treatment cost: $1612 × 30 year × 12 month = $580,320
③ Pain and suffering: $100,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/09/2024

Signature of Plaintiff: *Ryan Zhang*
Printed Name of Plaintiff: Ryan Zhang

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# Statement

While I was a warehouse associate in Amazon CLT4 Warehouse, Amazon manager deliberately sent me to a dangerous high worksite without any training, and failed to provide me a ladder to climb 10ft high to pry the boxes down, forced me to work with others in a same truck while each gate warnings forbids two people working in a same truck, and provide no care after injury. After injury, one Amazon manger Ben purposely refused me to leave to get treatment and change clothes soaked by corrosive liquid and get treatment. Amazon replied after investigation and admitted they do have a "policy violation' in this work injury.

Amazon stopped my disability benefits and fired me as a retaliation after I filed EEOC discrimination claim and workers' injury compensation claim.

**Under the influence of lacking mental medicine**(stopping the disability wage caused me lack of medicine, (now Amazon just agreed to pay me for the missing disability wage in a small claim court case),

and due to **fraud and misrepresentation** from the Amazon's attorney, I signed an agreement to end the claim for $15, 000. (Amazon's attorney lied to me the current medical bills $20,159 are already included in the compensation. )

Now after agreement, my medical condition **are significantly worse**(my legs are swollen in the morning from time to time which means my liver and heart condition are worse. I also need to take more mental medicines to keep same condition to maintain basic living activities, I started to lose temper to family members and frequently called police and report tracking and harassment. **These changes in medical condition** enable me to file this lawsuit to request Amazon to amend more compensation for past, current and future medical bills(now the current bill is over $31,500), and for the pain and suffering from the injury which caused me delusional disorders, severe depression and anxiety.

Although I tried hard to go back to work after injury, but I found I cannot keep working due to out of breath and anxiety. And I cannot control myself to kept complaining about tracking and harassment to the security and chief manager's office frequently. So I have to stay at home and the social security told me I need one more working credit to qualify the disability benefits. (If Amazon did not stop my disability wage while I am still in disability leave, then my working credit is enough to SSI disability benefits).

Now I cannot work and have no income at all, so the total compensation should include my wage loss $640 (weekly wage) x 20 years x 52 weeks= $665,600,

my doctor confirmed with me I need to take the medicine for my whole life, the total medical cost should be $1612 x 30 years x12 months= $580,320,

Plus the pain and suffering compensation $100, 000, The total is $1,345,920.

My current condition:

    (i)    My liver keeps feel swelling pain and sometimes caused me to nose bleeding, my heart will feel swelling and out of breath during hard labor,

    (ii)    Delusional disorders, severe depression and anxiety(need to take capsule more frequently, the doctor confirmed with me I need to take those medicine for rest of my life to maintain basic activities which cost $1612/month, now I need to take these medicine daily which is much more frequently than the first year of work injury),

    (iii)    My legs sometimes will get swollen in the morning which is new symptom after agreement, either liver or heart damage can cause this, the ultrasonic scan report showed my liver is enlarged.

    (iv)    Now sometimes I may not control myself to lose temper to others and will call cops to report tracking and harassment.

    (v)    My head sometimes feels like explosion, during the last Friday while I drove to the court, three drivers rang their horn to me, I am really afraid I may lose the ability to drive gradually in some day.

The proofs are listed as follows for this claim:

Proof 1: Email from Amazon's attorney who lied to me that the previous compensation $15, 000 has taken into account of my medical bills. (attached)

Proof 2: Amazon's reply after I filed an investigation request for the work injury, no training, no ladder, no care after injury, refuse to let me go for treatment and clothes changing which is soaked by corrosive liquid,

Proof 3: Ultrasonic medical report showed my liver is enlarged after work injury.

Proof 4: Medical notes showed around after one month of work injury, the continuous swelling pain from heart and liver made me diagnosed with delusional disorders, severe depression and anxiety.

Proof 5: Conversation voice recordings between my doctor Micha Lanier who confirmed she does not think I have the competence to sign any important agreement during August and September in 2023 which is the time to sign the compensation agreement for $15, 000.

I have a retaliation district court case for discrimination(3:23-CV-648-FDW) which do mentioned the work injury compensation, but I am afraid the discrimination case cannot handle my work injury compensation because the claim for showed discrimination only, and my work injury is a civil case, so I filed this civil case here.

Best regards,

Ryan Zhang

09/06/2024